80,677-01

WR-80,677-01

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EX PARTE

PERRY PATTERSON #1673121

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

NOTICE TO COURT

TO THE HONORABLE JUDGES OF SAID COURT:

The Petitioner of the above-named Writ hereby gives notice that a Writ of Mandamus and Reply (to trial court's findings of fact) were filed pursuant to T.R.A.P. rules by placing same in the U.S. Mail with postage last month. However the appellant has been deprived of official filing notices from the Clerk of this Court and must assume the documents were withheld illegaly by this instution or lost in the mail. The documents contained very important information material to this cause therefore the appellant hereby requests time to re-file both items.

Respectfully submitted,

_Perry Patterson_

December 19, 2014

Perry Patterson #1673121
Telford Unit
3899 State Hwy 98
New Boston, TX. 75570

WR-80,677-01

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EX PARTE

PERRY PATTERSON # 1673121

NOTICE TO COURT

TO THE HONORABLE JUDGES OF SAID COURT:

The petitioner of the above-named Writ hereby gives notice that a Writ of Mandamus and Reply were filed pursuant to T.R.A.P. rules by placing same in the U.S. Mail with postage last month. However the appellant has been deprived of official filing notices from the Clerk of this Court and must assume the documents were withheld illegally by this institution or lost in the mail. The documents contained very important information material to this cause so the appellant hereby requests time to re-file both.

Respectfully submitted,

*Perry Patterson*

December 19, 2014

Perry Patterson # 1673121
Telford Unit
3899 State Hwy 98
New Boston, TX. 75570